**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 0:12-cv-60089-JIC

BRANDON M. BUSLEPP, an individual, on behalf
of himself and all others similarly situated,

    Plaintiff,

v.

B&B ENTERTAINMENT, LLC,
a Florida limited liability company,
(doing business as "The Playhouse"),

    Defendant.

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF PRIOR EXPRESS CONSENT**

Plaintiff, BRANDON M. BUSLEPP, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 56(a) and Local Rules 7.1 and 56.1, hereby moves this honorable Court to enter an Order granting summary judgment in favor of Plaintiff and against Defendant, B&B ENTERTAINMENT, LLC ("B&B"), as to the cause of action alleged in Plaintiff's Complaint, or, in the alternative, partial summary judgment as to the issue of whether B&B had "prior express consent" within the meaning of 47 U.S.C. § 227 et seq., the Telephone Consumer Protection Act ("TCPA"), to send unsolicited text messages to the Plaintiff's cellular telephone.

The record shows, respecting the allegations of fact in Plaintiff's complaint that no genuine issues of material fact remain and that the Plaintiff is entitled to judgment as a matter of law.

Plaintiff brings this motion with respect to his individual claims only, and not with respect to those of the class, with the understanding that the claims of putative class will not be prejudiced by the resolution of the named Plaintiff's individual claim. *See e.g., Shelton v. Pargo, Inc.,* 582 F. 2d 1298 (4th Cir. 1978) (If the Court determines that ruling on the plaintiff's individual claim will prejudice the class, it should hold a certification hearing, *sua sponte*).

For the reasons contained herein and in the accompanying memorandum of law, exhibits and other pleadings and papers already filed in this matter, Plaintiff respectfully requests that the Court grant this motion and enter summary judgment on his behalf.

Respectfully submitted,

*/s/ Scott D. Owens*
**SCOTT D. OWNENS, ESQ.**
Florida Bar No.: 0597651
*Attorney for Plaintiff*
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
Phone:    954-589-0588
Fax:   954-337-0666
scott@scottdowens.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this, the 24TH day of August, 2012, I electronically filed the foregoing document(s) with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

    */s/ Scott D. Owens*
    **SCOTT D. OWENS, ESQ.**