UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:12-cv-60089-JIC

BRANDON M. BUSLEPP, an individual, on behalf
of himself and all others similarly situated,

    Plaintiff,

v.

B&B ENTERTAINMENT, LLC,
a Florida limited liability company,
(doing business as "The Playhouse"),

    Defendant.

## PLAINTIFF'S STATEMENT OF MATERIAL FACTS

Plaintiff, BRANDON M. BUSLEPP, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 56.1(a) hereby makes this statement of material facts. With respect to the following material facts, Plaintiff contends that no genuine issue of fact remains to be tried.

1. At all times relevant to this lawsuit, the Plaintiff was the sole possessor and user of the cellular telephone to which the number 954-931-8911. (Buslepp Aff. 2) (Buslepp Dep. 11:2-10)

2. The telephone bills for the subject account were in the name of the Plaintiff and he paid all the bills associated with its use. (Buslepp Aff. 2)

3. Defendant utilized text messaging in its advertising campaigns. (Berger Dep., 5:12-17)

4. Defendant engaged the services of a company called Texthub.com to assist in its text message marketing campaign. (Berger Dep. 17:17-18)

5. Defendant manually entered the numbers to be called into Texthub.com's database. (Berger Dep., 7:4-11)

6. Defendant did not keep a list of the phone numbers it entered into Texthub.com's database. (Berger Dep. 7:22-25, 8:1-3)

7. Defendant keeps no copy of the form it allegedly uses to harvest the cellular telephone numbers it subsequently enters into the text message database. (Berger Dep. 8:6-12)

8. Defendant destroys the forms it allegedly uses to harvest the cellular telephone numbers after entering them into the text message database. (Berger Dep., 8:13-14)

9. Defendant claims to have a copy to the form it allegedly uses to harvest the cellular telephone numbers for its text message marketing campaign (but has never produced it). (Berger Dep. 8:19-25, 9:1)

10. In Plaintiff's *First Request for Production,* Plaintiff requested that Defendant produce the documents which it contends establish the fact that Plaintiff has ever visited your business establishment, "The Playhouse." (Def. Resp. Req. Prod., p. 5, #4)

11. In response to Plaintiff's request in 10 above, Defendant responded, "No documents are in Defendant's possession at this time." (Def. Resp. Req. Prod., p.5, #4)

12. Defendant has entered hundreds of names into the Texthub.com text message database. (Berger Dep., 9:21-23)

13. Defendant has no knowledge of the identity of the person whose telephone number is 954-931-8911 (Berger Dep., 8-10)

14. Defendant knows of no person who has ever seen Plaintiff inside Defendant's business establishment. (Def. Resp. Int., p. 5, #2)

15. Plaintiff has never been in Defendant's business establishment. (Buslepp Aff., 3) (Buslepp Dep. 10:15-17, 20:20-22)

16. Defendant cannot identify the person who allegedly gave Plaintiff's cellular telephone number to the Defendant. (Def. Resp. Int., p. 5, #3)

17. Plaintiff never provided Defendant with his cellular telephone number. (Buslepp Aff. 3)

18. In addition to obtaining telephone numbers from club patrons, Defendant also harvests telephone numbers from Facebook. (Def. Resp. Int., p.5-6, #6, *passim*)

19. Plaintiff received unsolicited text messages from Plaintiff. (Buslepp Aff. 4) (Buslepp Dep. 29:20-25)

20. Plaintiff never gave Defendant "prior express consent" to send unsolicited text messages to his cellular telephone. (Buslepp Aff. 5)

21. Defendant does not run a Do Not Call list sweep with respect to the cellular telephone numbers it collects. (Berger Dep. 9:2-4)

INTENTIONALLY LEFT BLANK

Respectfully submitted,

*/s/ Scott D. Owens*
**SCOTT D. OWNENS, ESQ.**
Florida Bar No.: 0597651
*Attorney for Plaintiff*
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
Phone:      954-589-0588
Fax:    954-337-0666
scott@scottdowens.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this, the 24TH day of August, 2012, I electronically filed the foregoing document(s) with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

*/s/ Scott D. Owens*
**SCOTT D. OWENS, ESQ.**